## STATE OF CONNECTICUT *v.* NATA BOB
## (AC 21884)

Lavery, C. J., and Dranginis and Freedman, Js.

Argued September 9—officially released November 12, 2002

Per Curiam. See *State* v. *Hedman,* 261 Conn. 390, 802 A.2d 842 (2002); *State* v. *Valedon,* 261 Conn. 381, 802 A.2d 836 (2002).

The judgment is affirmed.

## CURT B. HIRSCH *v.* GEORGE A. NEGRO
## (AC 22388)

Flynn, Bishop and West, Js.

Submitted on briefs September 9—officially released November 12, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JASPER MCFADDEN
## (AC 22072)

Mihalakos, Flynn and Hennessy, Js.

Argued September 11—officially released November 12, 2002

Per Curiam. The judgment is affirmed.